IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:24-cv-00881-LCB-LPA

| | |
|---|---|
| JURYX, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LAUREN KULP; TANDEM LEGAL SOLUTIONS, LLC,<br><br>    Defendants. | **NOTICE OF APPEARANCE OF KELLY MARGOLIS DAGGER** |

PLEASE TAKE NOTICE that Defendants Lauren Kulp and Tandem Legal Solutions, LLC, will be represented in this action by Kelly Margolis Dagger of Ellis & Winters LLP.

This the 25th day of October, 2024.

>   ELLIS & WINTERS LLP
>
>   /s/ Kelly Margolis Dagger
>   Kelly Margolis Dagger
>   N.C. State Bar No. 44329
>   kelly.dagger@elliswinters.com
>   P.O. Box 33550
>   Raleigh, NC 27636
>   Telephone: (919) 865-7000
>   Facsimile: (919) 865-7010
>
>   *Counsel for Defendants Lauren Kulp and Tandem Legal Solutions, LLC*