IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:24-cv-00881-LCB-LPA

| | |
|---|---|
| JURYX, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LAUREN KULP; TANDEM LEGAL SOLUTIONS, LLC,<br><br>    Defendants. | **NOTICE OF APPEARANCE OF SCOTTIE FORBES LEE** |

PLEASE TAKE NOTICE that Defendants Lauren Kulp and Tandem Legal Solutions, LLC, will be represented in this action by Scottie Forbes Lee of Ellis & Winters LLP.

This the 25th day of October, 2024.

                                      ELLIS & WINTERS LLP

                                      <u>/s/ Scottie Forbes Lee</u>
                                      Kelly Margolis Dagger
                                      N.C. State Bar No. 44329
                                      kelly.dagger@elliswinters.com
                                      Scottie Forbes Lee
                                      N.C. State Bar No. 50833
                                      scottie.lee@elliswinters.com
                                      P.O. Box 33550
                                      Raleigh, NC 27636
                                      Telephone: (919) 865-7000
                                      Facsimile: (919) 865-7010

                                      *Counsel for Defendants Lauren Kulp and*
                                      *Tandem Legal Solutions, LLC*