IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JURYX, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:24CV881 |
| | ) |
| LAUREN E. KULP, et al, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Defendants Lauren Kulp and Tandem Legal Solutions, LLC's unopposed motion for extension of time to respond to the complaint. For good cause shown, the motion will be allowed.

IT IS THEREFORE ORDERED that the Motion for Extension of Time [Doc. #24] is GRANTED, and Defendants shall have up to and including January 6, 2025, to answer or otherwise respond to the complaint.

This, the 16th day of December 2024.

Joi Elizabeth Peake
United States Magistrate Judge