IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JURYX, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:24CV881 |
| ) | |
| LAUREN E. KULP, et al, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Defendants Lauren Kulp and Tandem Legal Solutions, LLC's unopposed motion for extension of time to respond to the complaint. The Court finds good cause to allow the request.

IT IS THEREFORE ORDERED that the Motion for Extension of Time [Doc. #26] is GRANTED. Defendants shall have up to and including January 21, 2025 to answer or otherwise respond to the complaint.

This, the 3rd day of January, 2025.

Joi Elizabeth Peake
United States Magistrate Judge