IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:24-cv-00881-LCB-JEP

| | |
|---|---|
| JURYX, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>LAUREN KULP; TANDEM LEGAL SOLUTIONS, LLC,<br><br>   Defendants. | NOTICE OF SETTLEMENT |

  Plaintiff Juryx LLC and Defendants Lauren Kulp and Tandem Legal Solutions, LLC, hereby give notice to the Court that this matter has been fully resolved by a settlement agreement.  The parties are in the process of finalizing the settlement paperwork and expect to file a stipulation of dismissal with prejudice within thirty days.

This the 19th day of February, 2025.

        ELLIS & WINTERS LLP

        <u>/s/ Kelly Margolis Dagger</u>
        Kelly Margolis Dagger
        N.C. State Bar No. 44329
        kelly.dagger@elliswinters.com
        Scottie Forbes Lee
        N.C. State Bar No. 50833
        scottie.lee@elliswinters.com
        Peter N. Borden
        N.C. State Bar No. 53389
        peter.borden@elliswinters.com
        P.O. Box 33550
        Raleigh, NC 27636
        Telephone: (919) 865-7000
        Facsimile: (919) 865-7010

        *Counsel for Defendants Lauren Kulp and Tandem Legal Solutions, LLC*


        <u>*/s/La-Deidre D. Matthews*</u>
        Patrick M. Kane
        N.C. Bar No.36861
        Pkane@foxrothschild.com
        Ashley Barton Chandler
        N.C Bar No. 53381
        AChandler@foxrothschild.com
        La-Deidre D. Matthews
        N.C. Bar No. 54358
        LMatthews@foxrothschild.com
        **FOX ROTHSCHILD LLP**
        230 N. Elm Street, Suite 1200
        Greensboro, North Carolina 27401
        (336) 378-5200

        *Margaret A. Gisch, Esq.
        IL ARDC #6204431
        magisch@gct.law

**GOLAN CHRISTIE TAGLIA LLP**
70 West Madison Street, Suite 1500
Chicago, Illinois 60602
(312) 263-2300
*\*Specially appearing under Local Rule 83.1(d)*

*Attorneys for Plaintiff Jury-X LLC*